# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0804

_____

ROBERT SURDAKOWSKI,

Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections; WARDEN JONES,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


April 25, 2024


PER CURIAM.

The Court denies the petition for writ of certiorari on the merits.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Robert Surdakowski, pro se, Petitioner.

Ashley Moody, Attorney General, and Brian R. Flynn-Fallon, Assistant Attorney General, Tallahassee, for Respondents.